455 A.2d 211

Dunn, Appellant v. Nationwide.

Argued November 15, 1982. Melvin Rubin, for appellant; James C. Haggerty, for appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

The order is affirmed on the basis of the opinion of the learned Philadelphia County Common Pleas Court Judge John J. McDevitt, III.